**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| BERTRAM VALENTINE CRICK<br>Plaintiff,<br>v.<br><br>KULLEN & KASSAB, P.C.<br>Defendant. | Case No.: 2:20-cv-11942-LVP-APP<br>Hon. Linda V. Parker |
|---|---|

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WITH PREJUDICE AND WITHOUT COSTS OR FEES TO ANY PARTY**

Plaintiff, by and through his attorney, Andrew L. Campbell, moves to dismiss Defendant in the above action with prejudice and without costs or fees pursuant to Fed. R. Civ. Pr. 41(a)(1)(A)(i). No answer was filed by Defendant in the above entitled matter.

Dated: October 5, 2020

/s/*Andrew L. Campbell*
Andrew L. Campbell
Attorney for Plaintiff
5080 W. Bristol Rd, Suite 4
Flint, MI  48507
(810) 232-4344
michiganbk@gmail.com
P64391

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| BERTRAM VALENTINE CRICK<br>Plaintiff,<br>v.<br><br>KULLEN & KASSAB, P.C.<br>Defendant. | Case No.: 2:20-cv-11942-LVP-APP<br>Hon. Linda V. Parker |

### CERTIFICATE OF SERVICE

A copy of Plaintiff's Voluntary Dismissal of Defendant with prejudice and without costs or fees to any party and this certificate of service was mailed to:

John A. Kullen
Kullen & Kassab, P.C.
31000 Northwestern Highway, Suite 100
Farmington Hills, MI 48334

On October 5, 2020 by first-class mail with proper postage and properly addressed by handing to an employee of the USPS in Flint Township, Michigan.

/s/*Andrew L. Campbell*
Andrew L. Campbell

**Formatted:** Font: 14 pt