## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

BERTRAM VALENTINE CRICK,

    Plaintiff,

V.                              CASE NO. 20-11942
                                HON. LINDA V. PARKER

KULLEN & KASSAB P.C,

    Defendant.

_____ /

## ORDER OF DISMISSAL

The Plaintiff having filed a Notice of Voluntary Dismissal [ECF No. 4] on October 5, 2020;   Accordingly, the above-entitled action is **DISMISSED WITH PREJUDICE AND WITHOUT COSTS**.

**IT IS SO ORDERED**.

                                s/Linda V. Parker
                                Linda V. Parker
                                United States District Judge

Dated:  October 6, 2020